In the Matter of the Application of GEORGE PARKHURST, Appellant, for a Mandamus Order against THE WESTCHESTER COUNTY PARK COMMISSION and WILLIAM J. WALLIN and Others, as Members of the Westchester County Park Commission, and THOMAS F. REYNOLDS, Director of Public Safety of the Westchester County Park Commission, Respondents.— Order denying motion of appellant for an order setting aside report of an official referee, denying appellant's motion for a peremptory order of mandamus, granting respondents' motion to confirm report of the official referee and dismissing the petition, in a proceeding to recover full pay for a period during which the respondents had granted appellant, a member of the Westchester County Parkway Police Force, leaves of absence without pay, unanimously affirmed, without costs. The respondents were empowered to promulgate administrative rules, inclusive of leaves of absence without pay. Such a regulation is not inconsistent with that portion of chapter 137 of the Laws of 1934 which relates to hearing and disposition of charges preferred against a member of the police force, nor with section 65 of the Civil Service Law relating to incapacity of a permanent nature resulting in retirement. The administrative regulation was not unreasonable in the light of the fact that the respondents provided workmen's compensation insurance for the appellant. His consent to the leaves of absence granted him may be implied in the light of the circumstances, the general knowledge of his illness and the lack of a showing on his part of a justifiable absence for some cause, other than illness, which required the respondents to pay him in full. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

MARTIN R. KRESS, an Infant, etc., by JONAS KRESS, His Guardian ad Litem, Respondent, v. MELCROFT CORPORATION, Appellant. (Appeal No. 1.) — In an action to recover for personal injuries, defendant appeals from an order on reargument granting leave to plaintiff to serve a supplemental complaint alleging that the judgment in a loss of service action is res judicata of the liability of the defendant except as to the amount of damages. In view of the decision in Kress v. Melcroft Corporation (post, p. 809), decided herewith, the order is reversed on the law and the facts, without costs, and the motion denied, without costs. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

MARTIN R. KRESS, an Infant, etc., by JONAS KRESS, His Guardian ad Litem, Appellant, v. MELCROFT CORPORATION, Respondent. (Appeal No. 2.) — In an action to recover for personal injuries, plaintiff appeals from an order denying his motion for summary judgment and for judgment on the pleadings. In view of the decisions in Kress v. Melcroft Corporation (post, p. 809) and Kress v. Melcroft Corporation, No. 1 (ante, p. 809), decided herewith, the appeal is dismissed as academic, without costs. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.